UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL LANDRY,<br><br>      PLAINTIFF,<br><br>v.<br><br>AKAL SECURITY INC., ET AL. ,<br><br>      DEFENDANT. | CIVIL ACTION NO.  4:16-CV-40119-TSH |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Akal Security, Inc. ("Defendant"), pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and asserts as follows:

1. Defendant Akal Security, Inc.'s parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of KIIT Company.

3. Defendant states that no publicly held corporations own 10% or more of its stock.

Respectfully submitted,

AKAL SECURITY, INC.

/s/ Sheryl Eisenberg
Sheryl Eisenberg,  Esq.
Massachusetts Bar No. 641304
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Phone 617.378.6054
Fax 617.830.0761
seisenberg@littler.com

September 23, 2016

## **CERTIFICATE OF SERVICE**

I, Sheryl Eisenberg, Esquire, hereby certify that on September 23, 2016 I caused the foregoing, to be filed with the Court and served via Electronic Case Filing System upon the counsel of record as follows:

    Rebecca Pontikes
    Bryn Sfetsios
    BBO #688368
    PONTIKES LAW LLC
    10 Tremont Street, Second Floor
    Boston, MA 02108
    (617) 357-1888
    ***Served via CM/ECF***

    John Griffin, Jr., Esq.
    jwg@lawmgk.com
    203 North Liberty Street
    Victoria, Texas 77901
    Tel:  (361) 573-5500
    Fax: (361) 573-5040
    ***Served via CM/ECF***

    Katherine L. Butler, Esq.
    Kathy@butlerharris.com
    1007 Heights Blvd.
    Houston, Texas 77008
    Tel: (713) 526-5677
    Fax: (713) 526-5691
    ***Served via CM/ECF***

    */s/ Sheryl Eisenberg*
    Sheryl Eisenberg, Esq.