UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL LANDRY, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>AKAL SECURITY INC., ET AL., )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 4:16-CV-40119-TSH |

## AGREED STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(A)(1)(a)(ii), Plaintiff hereby stipulates to a dismissal with prejudice of all of his claims against Defendant Akal Security, Inc.

Respectfully submitted this 3rd day of May, 2017.

/s/ Kurt Peterson
Kurt Peterson
Admitted *Pro Hac Vice*
Georgia Bar No. 574408
LITTLER MENDELSON, P.C.
3344 Peachtree Road, NE, Suite 1500
Atlanta, GA  30326
T: (404) 760-3910
F: (404) 233-2361
kpeterson@littler.com

Sheryl Eisenberg (Bar No. 641304)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
T: (617) 378-6054
F: (617) 830-0761
seisenberg@littler.com

ATTORNEYS FOR DEFENDANT AKAL SECURITY, INC.

## **CERTIFICATE OF SERVICE**

I, Kurt Peterson, hereby certify that on May 3, 2017, I caused the foregoing to be filed with the Court and served via Electronic Case Filing System upon counsel of record as follows:

    Rebecca Pontikes
    rpontikes@pontikeslawllc.com

    John Griffin, Jr., Esq.
    jwg@lawmgk.com

    Michael J. Neuerburg
    mjn@lawmgk.com

    Katherine L. Butler, Esq.
    Kathy@butlerharris.com

                                        */s/ Kurt Peterson*
                                        Kurt Peterson